UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
DEC 07 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.    SUPERSEDING INDICTMENT NO. 5:23-CR-000109-S-DCR-EBA

TANNER M. ABBOTT

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 18 U.S.C. § 242

On or about April 28, 2021, in Jessamine County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

while acting under color of law as a Deputy Sheriff with the Boyle County Sheriff's Office, willfully deprived J.C. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, **ABBOTT** punched J.C. in the head without legal justification. The offense resulted in bodily injury to J.C.

All in violation of Title 18, United States Code, Section 242.

## COUNT 2
## 18 U.S.C. § 242

On or about February 2, 2021, in Boyle County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

while acting under color of law as a Deputy Sheriff with the Boyle County Sheriff's Office, willfully deprived W.W. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, **ABBOTT** punched W.W. in the head without legal justification. The offense resulted in bodily injury to W.W.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3
## 18 U.S.C. § 371

On or about February 2, 2021, in Boyle County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT**

knowingly and willfully conspired and agreed with another person known to the grand jury to commit an offense against the United States; specifically, **ABBOTT** conspired and agreed with another person to knowingly falsify and make a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and

proper administration of that matter, in violation of 18 U.S.C. § 1519. During and in furtherance of the conspiracy, and to effect the objects thereof, members of the conspiracy committed the following overt acts, among others, in the Eastern District of Kentucky:

1. On or about February 2, 2021, **ABBOTT** spoke with his co-conspirator and directed him to fill out a Commonwealth of Kentucky Uniform Citation form documenting the arrest of W.W. in a manner that **ABBOTT** and the co-conspirator knew to be false. Specifically, **ABBOTT** directed the co-conspirator to make an entry stating that W.W., while being arrested, had advanced toward **ABBOTT** aggressively, when in fact, as **ABBOTT** and the co-conspirator then knew, W.W. had not done so.

2. On or about February 2, 2021, the co-conspirator filled out and submitted a Commonwealth of Kentucky Uniform Citation form documenting the arrest of W.W. in a manner that **ABBOTT** and the co-conspirator knew to be false. Specifically, acting at the direction of **ABBOTT**, the co-conspirator wrote that W.W., while being arrested, had advanced toward **ABBOTT** aggressively, when in fact, as **ABBOTT** and the co-conspirator then knew, W.W. had not done so.

All in violation of Title 18, United States Code, Section 371.

## COUNT 4
## 18 U.S.C. § 242

On or about March 31, 2021, in Mercer County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

while acting under color of law as a Deputy Sheriff with the Boyle County Sheriff's Office, willfully deprived B.T. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches. Specifically, **ABBOTT**, without a valid search warrant or any other legal justification, illegally searched a hotel room lawfully occupied by B.T.

All in violation of Title 18, United States Code, Section 242.

## COUNT 5
## 18 U.S.C. § 1519

On or about March 31, 2021, in Mercer County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, **ABBOTT** filled out a Commonwealth of Kentucky Uniform Citation form documenting the arrest of B.T. in a manner that he knew to be false. **ABBOTT** wrote and included within the Kentucky Uniform Citation form a narrative Complaint in which he stated that B.T. had given **ABBOTT** consent to search his hotel room. In fact, as **ABBOTT** then well knew, B.T. had never provided consent to search his hotel room.

All in violation of Title 18, United States Code, Section 1519.

## COUNT 6
## 18 U.S.C. § 242

On or about March 31, 2021, in Mercer County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

while acting under color of law as a Deputy Sheriff with the Boyle County Sheriff's Office, willfully deprived B.T. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, **ABBOTT** caused B.T.'s head and body to forcibly collide with a wall, without lawful justification. The offense resulted in bodily injury to B.T.

All in violation of Title 18, United States Code, Section 242.

## COUNT 7
## 18 U.S.C. § 242

On or about January 20, 2021, in Boyle County, in the Eastern District of Kentucky,

**TANNER M. ABBOTT,**

while acting under color of law as a Deputy Sheriff with the Boyle County Sheriff's Office, willfully deprived D.N. and C.B. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, **ABBOTT** punched and struck D.N. and C.B. without lawful justification. The offense resulted in bodily injury to D.N. and C.B.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

███████████████████████
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

| | |
|---|---|
| **Counts 1, 2, 6, and 7:** | For each count, not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release. |
| **Count 3:** | Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **Count 4:** | Not more than 1 year imprisonment, $100,000 fine, and 1 year supervised release |
| **Count 5:** | Not more than 20 years imprisonment, $250,000 fine, and 5 years supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count for Counts 1-3 and 5-7, and $25 for Count 4. |
| **PLUS:** | Restitution, if applicable. |