**TA**

Tanner

>> It's good money!

>> Especially if you landscape

What was your mowing season, like March to October?

Im just nervous about starting out.

>> Pretty much. I started 1st week of April last year and I think last week of March this year.

>> I was too. It is a lot of work if done right. My schedule was rough too because of the every other weekend off.

>> I mowed in the rain and dark a few times last year

Haha I bet so, I work ups in the morning and would do that during the day all week long

Sun, Nov 19 at 8:12 PM

>> Some private investigator called me about you. Is he legitimate?

iMessage












...

**Tanner**

> Some private investigator called me about you. Is he legitimate?

Yes, we hired him to fine the truth and find the holes in all these lies being told. Haha he reached out to Kody too and he just text me earlier asking if it was legit.

> He actually called me a couple of days ago. I asked him for a business card or some identifier. He sent me his website. He seemed like a good guy!

Yeah he told me you told him to talk to Kody and Ruhe. He better be good lol he's expensive

> Yeah I did. I hope everything works out for you. He definitely knows what he's doing. Haven't heard from you in awhile. I wish you nothing but the best of luck. I truly mean that.

Yeah been kinda to myself lately, just mind blown by all the lies and from people that was supposed to have my back. I'm just hoping the truth

**Tanner**

> Yeah been kinda to myself lately, just mind blown by all the lies and from people that was supposed to have my back. I'm just hoping the truth comes out in the long run.
>
> Hope everything is going good for you and your family though! I really appreciate you speaking to that guy too.

> Absolutely. I didn't hesitate. I didn't have anything bad to offer obviously because I never witnessed any misconduct. I hate the situation for you and it's been on my mind alot. It will all be over eventually.

> Just hope for the best outcome for my son. That's the most important thing now

*Tue, Dec 26 at 1:20 PM*

> If Yall need anything else, just let me know.
>
> Good seeing ya! 😚

*Tue, Dec 26 at 4:51 PM*



**Tanner**

Roger

Thu, Dec 28 at 2:38 PM

Hey do you think you can email me a copy of that report?

Tue, Jan 9 at 8:12 PM

Hey. I seen your text about Ray Ray on my other phone. No I really don't talk to him a whole lot unless I see him.

What's up

Just didn't know if he showed you the video I found of one of the stops. I recorded it in my phone to protect myself and I guess Braydon didn't know that when he lied to the Feds





**Tanner**

Just didn't know if he showed you the video I found of one of the stops. I recorded it in my phone to protect myself and I guess Braydon didn't know that when he lied to the Feds

IMG_3974.MOV
dropbox.com

Wed, Jan 10 at 1:11 PM



Tanner

Wed, Jan 10 at 1:11 PM

That report ever get done?

Wed, Jan 10 at 5:18 PM

Yeah I think so. Cloyd done it so it should be done.

I haven't watch the video yet

The insurance called and the SO said they couldn't find it

Let me ask Cloyd

Wed, Jan 17 at 2:50 PM

Ever get the report? How's your sister in law?

Yes Austin sent it to me, she's doing better. Therapy is coming and working with her a couple days a week. Justin gonna be a slow process

That's tough! She will recover faster than us old dogs!

She ended up breaking both femurs

**Tanner**

> Yes Austin sent it to me, she's doing better. Therapy is coming and working with her a couple days a week. Justin gonna be a slow process

That's tough! She will recover faster than us old dogs!

> She ended up breaking both femurs and her tibia and fibula on her right leg
>
> Oh I know it

Geez man

That's rough

> Oh I couldn't imagine, I've had surgery on one leg. Just not both at the same time! Haha

Yeah she got you beat

Hey what is K Bizz real name?

> Jeffery Moore

