FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# Exhibit 1

Date of entry   11/08/2022

    David Lewis (Lewis), date of birth [Redacted], phone [Redacted], was interviewed at FBI Lexington, 1648 McGrathiana Pkwy, Suite 250, Lexington, Kentucky. After being advised of the identity of the interviewers, Special Agent Chelsea Holliday, Assistant United States Attorney Zachary Dembo, Trial Attorney Alec Ward, and the nature of the interview, Lewis provided the following information:

    Lewis recently began working for Nicholasville Police Department. Lewis was originally from Nicholasville so it was nice to go to work back home. Lewis knew Tanner Abbott (Abbott) because he went to K-9 school with him in Florida around 2019. Lewis started working for the Danville Police Department (DPD) in 2017, as Abbott was leaving for the Boyle County Sheriff's Office (BCSO). Lewis left DPD in 2021 for Lexington Police Department. Lewis responded as back up to Abbott every once in a while, when Abbott was conducting stops or being proactive in the city of Danville. The county was more likely to work narcotics cases than the city.

    Lewis remembered an incident when he was working for DPD involving Tanner Abbott where he responded as back up to a traffic stop Abbott had conducted. This incident stuck out in Lewis's mind because he was counseled by a supervisor for telling one of the arrestees on the scene to "stop being a dumb ass" and just let the EMS workers check him out. Other than that, not a lot stuck out to Lewis about this incident.

    Lewis couldn't remember exactly how he received the request for assistance but Abbott had requested emergency back up for a traffic stop so Lewis activated his emergency lights and drove to assist Abbott. Lewis believed it was a DUI scene, possibly involving narcotics, but couldn't remember for sure.

**_Agent Note:_** _At this approximate time in the interview, Lewis was shown footage from his body worn camera to assist his memory of this incident._

    As he pulled up to assist Abbott, Lewis recognized his previous sergeant on the scene, Sergeant Faulkner with DPD (who is now a Captain). He also

Investigation on   11/02/2022   at   Lexington, Kentucky, United States (In Person)

File #   [Redacted]                                             Date drafted   11/07/2022

by   HOLLIDAY CHELSEA MARIE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Interview of David Lewis , On 11/02/2022 , Page 2 of 2

recognized BCSO Deputy FNU Hopper and City of Danville Paramedic David Spaniard (Spaniard was a white male in the video who was bald). After watching the video, Lewis remembered the scene was a suspected DUI and it appeared the driver of the vehicle was "on something" based on his behavior. He remembered the driver not listening to commands very well and complaining about being exposed to COVID.

In the video, Abbott showed Lewis his injured hand and told Lewis about how he injured himself when he had to use force on the occupants of the vehicle. This did not surprise Lewis at the time because officers would sometimes get injured while using force on arrestees. The video also showed Lewis helping Abbott search the subject vehicle and locating an electronic cigarette in the vehicle after Abbott had located a pod containing suspected THC. Not a lot about this scene stuck out to Lewis as it appeared to be a typical DUI situation.

Lewis heard rumors about Abbott from other cops, such as Lewis's former assistant chief at DPD, who told him to "be careful" around Abbott. However, Lewis had not witnessed any of the improper behavior others had reported about Abbott firsthand. Lewis was not on very many scenes with Abbott.

The K-9 dogs Lewis and Abbott used were trained to sit down when they detected the odor of narcotics. Lewis was never trained to tell people his dog had alerted when it actually had not. Lewis had no knowledge of whether or not Abbott had done this.