The jury has reached a verdict 4:06 pm 3/4/2024

juror 328

Eastern District of Kentucky
FILED
MAR 04 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT