# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Central Division (at Lexington)

Eastern District of Kentucky
FILED
MAR 05 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

TANNER M. ABBOTT

**WITNESS AND EXHIBIT LIST**

Case Number: 5: 23-CR-109-S-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Danny C. Reeves | Zachary Dembo/Alec Ward | Luke Morgan/David Guarnieri/ Emily Shepard |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 26 – March 4, 2024 | Elaine Haberer | Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
| W1 | | 02/26/24 | | | **Witness: Sergeant Joshua Gibson, Garrard County Sheriff's Department** | |
| W2 | | 02/26/24 | | | **Witness: Officer Troy Willard, Garrard County Sheriff's Department** | |
| W3 | | 02/26/24 | | | **Witness: Justin Cooper** | |
| 2a | | 02/26/24 | X | X | Photo of J.C taken at scene of arrest | |
| 1a | | 02/26/24 | X | X | Front profile of J.C. | |
| 1b | | 02/26/24 | X | X | Side profile of J.C. showing injury | |
| | 1 | 02/26/24 | X | X | Certified Boyle County Court Record Case No. 20-CR-00241 Commonwealth v. Justin Cooper | |
| W4 | | 02/26/24 | | | **Witness: Special Agent Thompson Haggin, Federal Bureau of Investigation** | |
| 2 | | 02/26/24 | X | X | Text message from Defendant to Casey McCoy regarding J.C. incident in 2020 | |
| 3 | | 02/26/24 | X | X | Text message from Defendant to Jordan Abbott regarding J.C.: "He got an ass whopping" | |
| W5 | | 02/27/24 | | | **Witness: Joshua White** | |
| 4 | | 02/27/24 | X | X | Video of W.W. stop | |
| 4a | | 02/27/24 | X | X | Clip from 4:00 – 13:15 | |
| 4b | | 02/27/24 | X | X | Clip from 14:00 – 15:39 | |
| 4c | | 02/27/24 | X | X | Clip from 23:16 – 23:57 | |
| 4d | | 02/27/24 | X | X | Clip from 25:40 - 27:36 | |
| W6 | | 02/27/24 | | | **Witness: William Welch** | |
| W7 | | 02/27/24 | | | **Witness: Officer Braydon Hopper, Lancaster Police Department** | |
| 5 | | 02/27/24 | X | X | Falsified W.W. Citation | |
| 6 | | 02/27/24 | X | X | Falsified B.T. Citation | |
| 15 | | 02/27/24 | X | X | Text Message from Defendant to Braydon Hopper: "That kid that don't do drugs that I just beat up for no reason" | |
| 7 | | 02/27/24 | X | X | Text message from Defendant sent to Group: "Time to violate rights!" | |
| 7a | | 02/27/24 | X | X | Selfie taken by defendant sent to group chat | |

Page 1 of 3 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**  Page 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | | | | | CASE NO. | |
| UNITED STATES OF AMERICA vs. TANNER M. ABBOTT | | | | | | 5: 23-CR-109-S-DCR |
| W8 | | 02/27/24 | | | **Witness: Dave Patel** | |
| W9 | | 02/28/24 | | | **Witness: Brent Thomas** | |
| W10 | | 02/28/24 | | | **Witness: Kimberly Tatum** | |
| W11 | | 02/28/24 | | | **Witness: Clay Ballard** | |
| 22a-b | | 02/28/24 | X | X | Photos of C.B.'s broken glasses taken on Snapchat | |
| | 2 | 02/28/24 | X | X | Screen shot of D.N.'s vehicle off the road at traffic stop (12.01 of video) | |
| | 3 | 02/28/24 | X | X | Screen Shot of D.N. with Hollister jacket being put in cruiser (11.55 of video) | |
| W12 | | 02/28/24 | | | **Witness: Cameron Gastineau** | |
| W13 | | 02/28/24 | | | **Witness: Destin Newman** | |
| 8a-8c | | 02/28/24 | X | X | Photos of D.N. injuries | |
| W14 | | 02/28/24 | | | **Witness: Detective David Lewis, Nicholasville Police Department** | |
| 10 | | 02/28/24 | X | X | BWC of Danville PD Officer David Lewis during C.B. and D.N. Incident | |
| 10a | | 02/28/24 | X | X | Clip from 1:42 – 3:40 | |
| 10b | | 02/28/24 | X | X | Clip from 6:00 – 6:30 | |
| 10c | | 02/28/24 | X | X | Clip from 6:44 – 7:37 | |
| 11 | | 02/28/24 | X | X | Text Message from Defendant to David Lewis regarding BWC | |
| 23 | | 02/28/24 | X | X | Text Message from Defendant to David Lewis: "Broke his face with one punch" | |
| W15 | | 02/28/24 | | | **Witness: Chief Deputy Chris Stratton, Boyle County Sheriff's Department** | |
| | 4 | 02/28/24 | X | X | PPCT Resistance/Control Continuum Chart | |
| W16 | | 02/29/24 | | | **Witness: Special Agent Chelsea Holliday, Federal Bureau of Investigation** | |
| 13 | | 02/29/24 | X | X | Text Message from Defendant to Ray Bradshaw: "Broke his face with one punch" | |
| 12 | | 02/29/24 | X | X | Text Message from Defendant to Brett Simpson: "Just broke my hand and someone's face lol" | |
| 20 | | 02/29/24 | X | X | Text Message from Defendant to Sean Brown: "Haha preparing for cameras" | |
| 16 | | 02/29/24 | X | X | Text Message from Defendant to Blake Darland: "Haha was scared he was gonna get an ass whopping" | |
| 17 | | 02/29/24 | X | X | Text Sent from Defendant to Group: "Nothing like a pursuit and ass whopping to bring in the new year!" | |
| 18 | | 02/29/24 | X | X | Text Message from Norman Lawrence to Defendant: "I hope ya beat him senseless after he bout hit you lol" | |
| 19 | | 02/29/24 | X | X | Text Message from Defendant to Sean Brown: "If you find him, beat his ass for me please." | |
| 21 | | 02/29/24 | X | X | Text Message from Defendant to Jacob Ruhe: "We beat the fuck out of him lol" | |
| | 5 | 02/29/24 | X | X | Photograph of wrecked sheriff's vehicle | |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**     Page 3

| UNITED STATES OF AMERICA vs. TANNER M. ABBOTT | | | | | | CASE NO. 5: 23-CR-109-S-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|  | W1 | 02/29/24 |  |  | **Witness: Detective Paul Megilligan, Danville Police Department** |  |
|  | W2 | 02/29/24 |  |  | **Witness: Tevis Graham, retired Chief of Garrard County Police Department** |  |
|  | W3 | 02/29/24 |  |  | **Witness: John Foutch, former Sergeant Nicholasville Police Department** |  |
|  | W4 | 02/29/24 |  |  | **Witness: Tanner Abbott** |  |
| 24 |  | 02/29/24 | X | X | Arrest Citation for Justin Cooper |  |
| 25 |  | 02/29/24 | X | X | Boyle County Sheriff's Office Response to Active Resistance Report dated 01/21/2021 |  |
| W16 |  | 03/04/24 |  |  | **Rebuttal Witness: Deputy Rayniqico Bradshaw, Boyle County Sheriff's Office** |  |