# UNITED STATES DISTRICT COURT

EASTERN            DISTRICT OF            KENTUCKY

Central Division (at Lexington)

| UNITED STATES OF AMERICA | | | | | **AVOWAL EXHIBIT LIST** | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| TANNER M. ABBOTT | | | | | Case Number: 5: 23-CR-109-S-DCR | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Danny C. Reeves | Zachary Dembo/Alec Ward | Luke Morgan/David Guarnieri/ Emily Shepard |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 26 – March 4, 2024 | Elaine Haberer | Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
|  | 1 | 03/04/24 |  |  | USB drive with 3 audio clips of recorded calls to Dispatch by the defendant |  |

Page 1 of   1   Pages