UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 5:23-CR-109-S-DCR    at: Lexington    Date: June 20, 2024

USA vs. Tanner M. Abbott    X present  X custody  __ bond  __ OR  Age __

DOCKET ENTRY: The parties appeared for a sentencing hearing as noted. United States Probation Officer Brittany Cardin also was present. Testimony and evidence were presented regarding the objections to the Presentence Report ("PSR"). Following resolution of the parties' objections, the Court reviewed the revised guideline calculations. The Court adopts the findings in the PSR as well as the additional oral findings made with respect to the objections. The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The defendant's motion for a downward departure [Record No. 88] is **DENIED**. The government motion for an upward departure [Record No. 87] is **DENIED**. The Court noted for the record the government objection to the denial of its request for an upward variance.

PRESENT: HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Zachary Dembo |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant: David Guarnieri/ Emily Shepard    X present    X retained    __ appointed

PROCEEDINGS: **SENTENCING** (Evidentiary)

- X  Objections to Presentence Report
- ___  No objections to Presentence Report.
- X  After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice. If a notice of appeal is filed, counsel need not file this information with the Court.
- X  Court's Advice of Right to Appeal provided to defendant.
- X  Transcript shall be deemed as written findings of Court.
- X  Judgment shall be entered (See Judgment & Commitment.)
- X  Defendant remanded to custody of United States Marshal pending designation by Bureau of Prisons.

Copies: COR, USP, USM
Initials of Deputy Clerk: lkm
TIC:  2 hrs./ 53 mins.